## 49486. HICKS v. THE STATE.

Bell, Chief Judge.

The defendant was convicted and sentenced for issuing a "bad check" in violation of Code Ann. § 13-9933. On appeal, he raises the issue solely of the sufficiency of the evidence to warrant the judgment of conviction and sentence. We have examined the evidence and find that it authorized the conviction and sentence.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

Submitted July 1, 1974 — Decided September 17, 1974.

*Bobby G. Beazley,* for appellant.
*J. Edward Slaton, Solicitor, Herbert E. Kernaghan, Jr.,* for appellee.